## EX PARTE JOHNSON.

(Decided December 21, 1916.  Rehearing denied January 18, 1917.
73 South. 1000.)

CERTIORARI to Court of Appeals.

C. L. PRICE and DANIEL W. TROY, for petitioner.  W. L. MARTIN, Attorney General, contra.

Per Curiam.—Petition of William Johnson for certiorari to Court of Appeals to review and revise the judgment of said court affirming the judgment of the trial court in the case of *Johnson v. The State,* 15 Ala. App. 298, 73 South. 210.  Writ denied.

---

## EX PARTE MULLIGAN.

(Decided October 19, 1916.  73 South. 1001.)

CERTIORARI to Court of Appeals.

EYSTER & EYSTER, for petitioner.  W. L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, contra.

ANDERSON, C. J.—Petition of John W. Mulligan for certiorari to Court of Appeals to review and revise the judgment of the said court affirming the judgment of the trial court in the case of *Mulligan v. The State,* 15 Ala. App. 204, 72 South. 761.  Writ denied.

---

## EX PARTE NELSON.

(Decided December 21, 1916.  73 South. 1001.)

CERTIORARI to Court of Appeals.

WILLIAM F. THETFORD, JR., for petitioner.  WILLIAM L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, contra.

Per Curiam.—The record does not exhibit a case for our intervention and review and the writ is therefore denied, without approving or disapproving what is said in the opinion in *Nelson v. The State,* 15 Ala. App. 102, 72 South. 510.

All the Justices concur.

---

## EX PARTE NEWSOM.

(Decided October 19, 1916.  Rehearing denied December 30, 1916.
73 South. 1001.)

CERTIORARI to Court of Appeals.